## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**AUDREY REED**

      Plaintiff,

                                                  Case No. 22-2147

v.

**PHH MORTGAGE CORPORATION**
**EXPERIAN INFORMATION SOLUTIONS, INC.**
**EQUIFAX INFORMATION SERVICES, LLC**
**TRANS UNION, LLC**

      Defendants.

## NOTICE OF SETTLEMENT WITH EXPERIAN

      COMES NOW Plaintiff Audrey Reed, by and through her undersigned counsel, hereby submits this Notice of Settlement to notify the Court that the Plaintiff has settled her claims as pertain to Defendant Experian Information Solutions, Inc., and requests 45 days in which to file the dismissal.

                                                  By: **/s/ Ryan D. Knipp**
                                                  Ryan D. Knipp #23225
                                                  Knipp Law
                                                  6651 N Oak Trafficway, Ste 17
                                                  Gladstone, MO 64118
                                                   admin@thekcbk.com
                                                   Phone: (816) 381-9400
                                                   Fax: (816) 321- 0307
                                                   **COUNSEL FOR PLAINTIFF**